JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-688-GW-RAOx | Date | May 25, 2023 |
|---|---|---|---|
| Title | *Junjie Zhang v. David M. Radel* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:   IN CHAMBERS - ORDER**

On May 1, 2023, the Court ordered Plaintiff to file a First Amended Complaint by May 23, 2023. Failure to file an amended complaint would result in the action being dismissed without prejudice for failure to prosecute. Plaintiff has not filed an amended complaint. For that reason, the Court dismisses this action without prejudice for failure to prosecute.

:

Initials of Preparer   JG